IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PATRICIA BERRY                                                                PLAINTIFF

v.                     NO. 3:17-cv-00245 PSH

NANCY A. BERRYHILL, Acting Commissioner                                        DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 11th day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE